King Korn Stamp Company, Appellant, *v.*
Jetcraft, Inc. et al.

Argued April 9, 1974. *Wray G. Zelt, III,* for
appellant; *Stephen I. Richman,* with him *Greenlee,
Richman, Derrico & Posa,* for appellees.

Order affirmed.

Leadbeater et ux. *v.* Zahrenhusen, Appellant,
et al.

Argued April 9, 1974. *Joseph M.
George,* with him *Ray, Buck, Margolis, Mahoney &
John,* for appellant; *Jane L. Boucher,* with her *Thomas, Rhodes & Grigsby,* for appellee, Henry Kuzner Gulf
Service; *William R. Tighe,* with him *Stein and Winters,* for appellee, Gulf Oil Corporation; no appearance
entered nor brief submitted for appellees, Robert D.
Leadbeater and Geraldine Leadbeater.

Judgment affirmed.